1  Peter R. Afrasiabi, Esq. (Bar No. 193336)
        pafrasiabi@onellp.com
2  Christopher Arledge, Esq. (Bar No. 200767)
        carledge@onellp.com
3  John Tehranian, Esq. (Bar No. 211616)
        jtehranian@onellp.com
4  **ONE LLP**
   4000 MacArthur Boulevard
5  East Tower, Suite 500
   Newport Beach, CA 92660
6  Phone:      (949) 502-2870
   Facsimile:  (949) 258-5081
7  www.onellp.com

8  *Attorneys for Plaintiff, Mavrix Photographs LLC*

9

10            **UNITED STATES DISTRICT COURT**

11            **CENTRAL DISTRICT OF CALIFORNIA**

12

13  MAVRIX PHOTOGRAPHS LLC, a          Case No.:
    California limited liability company,
14                                      **COMPLAINT FOR COPYRIGHT**
                                        **INFRINGEMENT**
           Plaintiff,
15  v.                                  **DEMAND FOR JURY TRIAL**

16  COED MEDIA GROUP, LLC,  a New
    York limited liability company, and DOES
17  1-10, inclusive,

18         Defendants.

19

20

21

22

23

24

25

26

27

28

                              **COMPLAINT**

Mavrix Photographs LLC complains against Coed Media Group, LLC, a New York limited liability company, and DOES 1-10 (collectively, Defendants) as follows:

## JURISDICTION AND VENUE

1.     This is a civil action against Defendants for copyright infringement under the Copyright Act, 17 U.S.C. §§ 101 *et seq*.  This Court has subject matter jurisdiction under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

2.     Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be found and transact business in this Judicial District, and the injury suffered by Plaintiff took place in this Judicial District.  Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California.

## PARTIES

3.     Plaintiff Mavrix Photographs LLC (Mavrix) is a California limited liability company incorporated and existing under the laws of California, with its principal place of business located in Orange County, California.

4.     Upon information and belief, Defendant Coed Media Group, LLC ("Coed") is a limited liability company organized under the laws of New York, with its principle place of business in New York City, New York.

5.     The true names or capacities, whether individual, corporate or otherwise, of the Defendants named herein as DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names.  Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained.

## FACTS COMMON TO ALL COUNTS

6.     Mavrix owns by way of assignment the copyrights to certain photos owned by Mavrix Photo, Inc. ("MPI"), a prominent celebrity photography agency that licenses its photographs to its end customers: the world's leading newspapers, television programs and magazines, like the Daily Mail of London, People, or US Weekly.

7.    Coed owns and operates the websites www.coed.com and www.bustedcoverage.com (the Websites).  The Websites focus on celebrities and interest in celebrity culture for the particular market of college students.  The www.coed.com claims to be "the leading entertainment and lifestyle destination for 18 to 34 year old college educated male[s]."  *See* http://coedmediagroup.com/projects.  The www.bustedcoverage.com website claims to be for sports fans.  Both websites focus on displaying photographs of celebrities, particularly female celebrities who are scantily clad.

8.    Coed makes money based upon an ad revenue business model.  The Websites are two of the largest Websites in the world in terms of traffic.  Coed claims that over its Websites it receives "over 11 million visitors and 101 million page views monthly."  It claims www.coed.com receives 7 million monthly visitors and 68 million monthly pageviews.  Defendant has driven massive traffic to its website in part due to the presence of the sought after and searched-for celebrity images, the copyrights to which are owned by third parties (not Defendant or, to Defendants' knowledge and awareness,  Defendants' users who upload the images and other content).  All of this traffic translates to significant advertising revenue.  As such, content websites may effectively monetize the content on their websites by securing eyeballs on the sites which translates to ad revenue.  Consequently, the Defendants are able to, and do have, in effect a national online photo library located at the Websites, which generates massive revenue for Defendant all by the posting of content, none of which on information and belief is owned or licensed by Defendant.

9.    Despite having no permission, consent, or license to do so, Coed has (a) reproduced, publicly distributed and publicly displayed, (b) made available for download, copy, reproduction, and display, and (c) provided a service and the means, encouragement, and facilitation of and for the upload, download, display, and reproduction of certain original celebrity photographs of Mavrix on Coed's Websites including the following:

**COMPLAINT**

a.     Four photographs of pop superstar Katy Perry in a rooftop photo shoot. True and correct copies of the Photos and their infringement by Defendants are attached as Exhibit 1.

b.     Two photographs of pop superstar Fergie in the Bahamas.  True and correct copies of the Photos and their infringement by Defendants are attached as Exhibit 2.

c.     The above photographs were then subsequently reproduced in different posts on different pages of Defendants' websites at different times, which constitute new acts of infringement of the above photos.

d.     Collectively, the 6 photographs referenced in paragraphs a-b above are referred to as "Photos."

10.     MPI filed for copyright registration of all the above Photos within 90 days of their authorship and first publication.  The copyright registration certificates are attached hereto as Exhibit 3.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement, 17 U.S.C. § 501 Against all Defendants)

11.     Plaintiff Mavrix incorporates here by reference the allegations in paragraphs 1 through 10 above.

12.     Mavrix is the owner of all rights, title, and interest in the copyrights to the Photos, which substantially consist of material wholly original and which are copyright subject matter under the laws of the United States.

13.     The Photos were timely registered with the United States Copyright Office.

14.     Defendants have directly, vicariously, contributorily and/or by inducement infringed Mavrix's copyrights by reproducing, displaying, distributing, and utilizing the Photos for purposes of trade violation of 17 U.S.C. § 501 *et seq.*

15.     All of the Defendants' acts are and were performed without permission, license, or consent of Mavrix.

16.     Mavrix has identified at least 6 instances of infringement on the Websites by way of unlawful reproduction and display of the Photos (as well as the unlawful facilitation

4

**COMPLAINT**

of other's reproduction of the Photos).  If other infringements are discovered in this case, then they will be identified in discovery and the pleadings will thus conform to the evidence adduced at trial.

17.    As a result of the acts of Defendants alleged herein, Mavrix has suffered damage.

18.    Defendants have willfully infringed, and unless enjoined, will continue to infringe Mavrix's copyrights by knowingly reproducing, displaying, distributing, and utilizing the Photos by, among other things, virtue of Defendants' own acts of selecting the photos for use and then use of the photos without consent or license of Mavrix, indeed without even attempting to secure consent or a license from Mavrix.  Indeed, the above-referenced photos were taken from an unknown source, reproduced by Defendant's staff (both "Kevin the Intern," the "Coed Staff" and even "Bryant Jackson," Coed's President & Executive Editor)  and then uploaded and posted on the Defendants; Websites for public display.  This was done without a license from the rightsholder.

19.    The wrongful acts of Defendants have caused, and are causing, injury to Mavrix, which damage cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, Mavrix will suffer irreparable injury, for all of which it is without an adequate remedy at law.  Accordingly, Mavrix seeks a declaration that Defendants are infringing Mavrix's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement.

20.    In light of the willful nature of the copyright infringement, Mavrix is also entitled to an award of statutory damages and its attorney's fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1.    The Defendants, and their officers, agents, servants, employees, and representatives, and all persons in active concert or participation with them, be permanently enjoined from copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all Photos of Mavrix.

**COMPLAINT**

2.     An accounting be made for all profits, income, receipts or other benefit derived by Defendants from the unlawful reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

3.     Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

4.     Statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) & (c) and for costs, interest and reasonable attorney's fees pursuant to 17 U.S.C. § 505.

5.     That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

Dated:  June 6, 2014                    **ONE LLP**

By:  /s/ Peter R. Afrasiabi
     Peter R. Afrasiabi
     Attorneys for Plaintiff,
     Mavrix Photographs LLC

6

**COMPLAINT**

1

## **DEMAND FOR JURY TRIAL**

2
    Plaintiff Mavrix hereby demands trial by jury of all issues so triable under the law.

3

4
Dated:  June 6, 2014            **ONE LLP**

5

6
          By:  /s/ Peter R. Afrasiabi

7
               Peter R. Afrasiabi
               Attorneys for Plaintiff,

8
               Mavrix Photographs LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

**COMPLAINT**